```
1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814-2322
4  Telephone: (916) 554-2700
   Fax:  (916) 554-2900
5  KATHERINE R. LOO
   Special Assistant U.S. Attorney
6  333 Market Street, Suite 1500
   San Francisco, CA 94102
7  Telephone:  (916) 977-8943
   Fax:  (415) 744-0134
8
   Attorneys for Defendant
9
```

FILED
JUN 23 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNISSA HAWKINS, ) | Case No. 2:06-CV-00176-GGH |
| Plaintiff, ) | STIPULATION TO REDACT PAGES FROM THE CERTIFIED |
| v. ) | ADMINISTRATIVE TRANSCRIPT AND LODGE THE REDACTED |
| JO ANNE B. BARNHART, ) Commissioner of Social Security, ) | TRANSCRIPT IN THIS ACTION; [PROPOSED] ORDER |
| Defendant. ) | |

The parties to the above-captioned action, by and through their undersigned attorneys, hereby stipulate as follows:

1) Page 199 of the Certified Administrative Transcript is a confidential record pertaining to an individual other than Plaintiff and has no bearing in this action;

2) Said page shall be removed from the Certified Administrative Transcript, and from all copies of the Transcript, and then destroyed by Plaintiff's attorney, the Assistant United

HAWKINS v. Barnhart
Redaction Stip. & Order
2:06-cv-00176-GGH                    1

1 States Attorney, and the Assistant Regional Counsel; the redacted
2 Certified Administrative Record shall then be lodged in this
3 action and served upon Plaintiff.
4    3) The above-mentioned page, mistakenly included in the
5 Transcripts, will not be disclosed to anyone.
6    4) The inadvertent inclusion of the above-mentioned page in
7 the Certified Administrative Transcript will not be a basis for a
8 claimed error.

9 DATED: June 15, 2006    /s/ Bess M. Brewer
                              BESS M. BREWER
10                               Attorney at Law

11                               Attorney for Plaintiff

12 DATED: June 15, 2006    McGREGOR W. SCOTT
                              United States Attorney
13                               BOBBIE J. MONTOYA
                              Assistant U. S. Attorney
14
                       By: /s/ Bobbie J. Montoya for
15                               KATHERINE R. LOO
                              Special Assistant U. S. Attorney
16
                              Attorneys for Defendant
17 OF COUNSEL:
   LUCILLE GONZALES MEIS
18 CHIEF COUNSEL, REGION IX
   U.S. SOCIAL SECURITY ADMINISTRATION
19

20                               ORDER
21
   APPROVED AND SO ORDERED.
22
23 DATED: June 21, 2006
                              GREGORY G. HOLLOWS
24                               United States Magistrate Judge
25

26

27 HAWKINS v. Barnhart
   Redaction Stip. & Order
28 2:06-cv-00176-GGH             2