1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   1023 H Street, Suite B5
3  Sacramento, CA 95814
   Telephone: (916) 448-8600
4  Facsimile: (916) 448-8605

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANNISSA HAWKINS** <br> xxx-xx-9529 <br><br><br> **Plaintiff,** <br><br> v. <br><br> **JO ANNE B. BARNHART** <br> **Commissioner of Social Security** <br> **of the United States of America,** <br><br> Defendant. | Case No. CIV-S-06-0176 GGH <br><br><br> **STIPULATION AND ORDER** <br> **EXTENDING PLAINTIFF'S TIME TO** <br> **FILE MEMORANDUM IN SUPPORT** <br> **OF SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file her summary judgment is hereby extended from its current due date of August 3, 2006 until September 29, 2006.  This is plaintiff's first request for an extension and is required due to plaintiff's counsel's extremely heavy briefing schedule.

/ / / /

/ / / /

/ / / /

*Hawkins  v. Barnhart,* CIV-S-06-176 GGH          1

| | |
|---|---|
| Dated: August 1, 2006 | BREWER & MITCHELL, LLP |
| | By: /s/Bess M. Brewer<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: August 1, 2006 | McGregor W. Scott<br>United States Attorney |
| | By: /s/Bobbie J. Montoya<br>BOBBIE J. MONTOYA<br>Assistant U.S. Attorney |
| | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: 8/4/06                                   /s/ Gregory G. Hollows

                                                GREGORY G. HOLLOWS
                                                U.S. MAGISTRATE JUDGE

hawkins.eot

*Hawkins v. Barnhart,* CIV-S-06-176 GGH                2