McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700
Fax: (916) 554-2900
KATHERINE R. LOO
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (916) 977-8943
Fax: (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANNISSA HAWKINS,

Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

Defendant.

CASE NO. **2:06-CV-00176-GGH**

STIPULATION AND ORDER REMANDING THE CASE TO THE COMMISSIONER OF SOCIAL SECURITY AND DIRECTING THE CLERK TO ENTER JUDGMENT

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. The purpose of the remand is to offer Plaintiff a new Administrative Law Judge (ALJ) hearing and decision. On remand, the ALJ will:

- give further consideration to Plaintiff's maximum residual functional capacity during the entire

period at issue and provide appropriate rationale with specific references to evidence in the record in support of Plaintiff's assessed limitations; the ALJ's analysis shall include consideration of whether Plaintiff qualifies for a closed period of eligibility;

- reevaluate the treating and examining source opinions, including the opinion provided by Dr. Goldthwaite, and explain the weight given to each opinion;
- further evaluate Plaintiff's subjective complaints;
- obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base. Before relying on the vocational expert evidence, the ALJ will identify and resolve any conflicts between the occupational evidence provided by the vocational expert and information in the *Dictionary of Occupational Titles* and *The Selected Characteristics of Occupations*.

It is further stipulated that the decision below is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625 (1993).

/ / /

Brewer & Mitchell, LLP (916) 448-6805

/s/ Bess M. Brewer
(As authorized on OCTOBER 26, 2006)
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney

By: /s/ Bobbie J. Montoya for
(As signed on OCTOBER 31, 2006)
KATHERINE R. LOO
Special Assistant U.S. Attorney

Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

Hawkins v. Barnhart
Stip & Order of Remand (Sentence 4)
2:06-cv-00176-GGH

3

P.004/005 F-315

ORDER

This matter is remanded pursuant to the stipulation of the parties. The case is dismissed and the Clerk is directed to enter Judgment.

SO ORDERED.

DATED: 11/1/06 /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

hawkins.rem